

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>MARIE CALLENDER PIE SHOPS, LLC dba MARIE CALLENDER'S RESTAURANT #62; ART PICCADILLY UNIVERSITY CORPORATION; JOHN L. COSENTINO, Successor Trustee of the RICCI FAMILY TRUST U/D/T dated July 2, 1976,<br><br>Defendants. | Case No.  14-CV-00902 LJO SAB<br><br>**ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

Pursuant to the Parties' stipulation and good cause appearing,

IT IS HEREBY ORDERED that:

The Mandatory Scheduling Conference which is currently set to commence on September 16, 2014 at 9:30 a.m. before United States Magistrate Judge Stanley A.

- 1 -

Boone, in Courtroom 9 at the United States Courthouse, located at 2500 Tulare Street, Fresno, California shall be continued to October 28, 2014 at 2:30 p.m. in the department identified above. All deadlines associated with the Scheduling Conference shall be continued per the Federal Rules of Civil Procedure and this Court's Order setting the mandatory scheduling conference.

IT IS SO ORDERED.

Dated: **September 5, 2014**

UNITED STATES MAGISTRATE JUDGE