# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIE CALLENDER PIE SHOPS, LLC, et al.,<br><br>　　　　Defendants. | 1:14-cv-902-LJO-SAB<br><br>ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT ART PICCADILLY UNIVERSITY CORPORATION ONLY (DOC. 14) |

　　On October 1, 2014, Ronald Moore ("Plaintiff") filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 14 at 1. Plaintiff requests that the Court issue an order dismissing the complaint <u>without prejudice</u> against Defendant Art Piccadilly University Corporation <u>only</u>.

　　Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court dismisses the complaint <u>without prejudice</u> against Defendant Art Piccadilly University Corporation <u>only</u>.

IT IS SO ORDERED.

　　Dated:　**October 2, 2014**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1