Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARIE CALLENDER PIE SHOPS, LLC dba MARIE CALLENDER'S RESTAURANT #62, et al.,<br><br>　　　　Defendants. | No.  1:14-cv-00902-LJO-SAB<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　Pursuant to the terms of a confidential settlement agreement entered into in this action,

　　　IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Marie Callender Pie Shops, LLC dba Marie Callender's Restaurant #62 and John L. Cosentino, Successor Trustee of the Ricci Family Trust U/D/T dated July 2, 1976, the parties remaining in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed as against all parties with prejudice in its entirety.

Date: November 7, 2014                     MOORE LAW FIRM, P.C.

                                                       */s/ Tanya E. Moore*
                                                      Tanya E. Moore
                                                      Attorneys for Plaintiff,
                                                      Ronald Moore

                                                      CALL & JENSEN

                                                       */s/ Ryan M. McNamara*
                                                      Ryan M. McNamara
                                                      Attorneys for Defendant,
                                                      Marie Callender Pie Shops, LLC dba Marie
                                                      Callender's Restaurant #62

                                                      */s/ John L. Cosentino*
                                                     Defendant, John L. Cosentino,
                                                     Successor Trustee of the Ricci Family Trust U/D/T
                                                     dated July 2, 1976

I attest that the original signature of the person whose electronic signature is shown above is maintained by me, and that his concurrence in the filing of this document and attribution of his signature was obtained.

                                                       */s/ Tanya E. Moore*
                                                     Tanya E. Moore, Attorney for
                                                     Plaintiff, Ronald Moore

## **ORDER**

     The parties having so stipulated,

     IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**SO ORDERED**
**Dated: November 7, 2014**

                                                 **/s/ Lawrence J. O'Neill**
                                                 **United States District Judge**